26-mj-3220-JDH

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Wade McGilvray, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent of the Federal Bureau of Investigation ("FBI").  I have been a Special Agent for the FBI since October 2024.  I am assigned to FBI Boston's Violent Crimes Task Force ("VCTF").  The VCTF investigates violent crimes with a federal nexus, including bank robberies, kidnappings, extortions, firearms violations, Hobbs Act commercial robberies, and fugitives charged with UFAP.  The VCTF conducts proactive intelligence driven operations to identify and investigate the most dangerous, violent offenders in the Greater Boston area.

2.      I submit this affidavit in support of a criminal complaint charging Angel Gonzalez ("GONZALEZ") with attempted armed bank robbery and armed bank robbery, in violation of 18 U.S.C. § 2113 and 18 U.S.C. § 2. GONZALEZ is currently in state custody following an arrest on outstanding warrants.

3.      The information contained in this affidavit is based upon my involvement with this investigation, information supplied to me by other law enforcement officers, review of law enforcement reports, surveillance video footage, cell phone call records, cell phone location data, public records, and records supplied in response to grand jury subpoenas. This affidavit is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint and arrest warrant. As such, I have not included each and every fact of this investigation, but instead have set forth only the most relevant facts that establish the requisite probable cause.

### STATEMENT OF PROBABLE CAUSE

### Santander Bank Robbery

4.      On April 28, 2026 at approximately 10:10 a.m., two individuals entered the

1

26-mj-3220-JDH

Santander Bank located at 2189 Washington Street in Roxbury, Massachusetts. Subject-1 was wearing a light-blue Nike hooded sweatshirt, black pants, black and white Nike shoes, blue gloves, and a black surgical mask. Subject-2, who was described by witnesses as slightly larger than Subject-1, wore a dark-colored hooded sweatshirt with the word "Champion" written across the front of the sweatshirt in white, black shoes, a black skull cap, black gloves, and a black mask.

5.        Upon entering the bank, Subject-1 brandished a black-and-tan-colored firearm, which he pointed at bank staff, demanding money.  In response, several employees retreated to a back room in the bank.  Subject-1 then dragged the branch manager from her office to a bank teller station, threatening to shoot her.   Images captured from Santander Bank's surveillance footage are included below.

 

6.        While Subject-1 detained the bank manager at the teller station, additional customers entered the Santander Bank, and the two subjects abandoned their attempted robbery. They exited the bank at approximately 10:12 a.m. without taking any money.  Subject-1 and Subject-2 then fled on foot to a parking lot directly across Washington Street.  There, they entered a light-blue Toyota Rav4 bearing Massachusetts registration 4MXN78 (the "Rav4") and departed the area.

26-mj-3220-JDH

**TD Bank Robbery**

7.  About an hour and a half after the attempted Santander Bank robbery, at approximately 11:47 a.m., the subjects entered a TD Bank located at 930 American Legion Highway in Rosindale, Massachusetts. Surveillance footage from the TD Bank reflects that Subject-2 wore an identical outfit to the earlier attempted robbery, except that he had switched to brown gloves.  Subject-1 had changed into a black sweatshirt but appeared to be wearing the same pants, shoes, and blue glove that he had worn earlier at Santander Bank.  Subject-1 was again brandishing a black-and-tan-colored firearm, with his index finger inside the trigger guard, on the trigger of the firearm:



8.  After entering the bank, Subject-2 forcibly moved multiple employees from their offices to the main area of the bank.  According to witnesses, Subject-2 threatened to kill one of the employees.  Witnesses further reported that Subject-1—while brandishing the firearm— threatened to shoot the bank employees if they did not comply with the subjects' directives and continued to ask for more money.  While Subject-2 watched the bank employees and customers, Subject-1 removed money from the front teller's drawer.  A post-robbery audit is ongoing, but the initial loss estimate is approximately $3,000.

9.  The subjects exited the bank soon after taking the money and left the area

in the Rav4, pictured below outside the TD Bank:



**Identification and Arrest of Steven HARRIS as Subject-2**

10.     Immediately following the attempted robbery at Santander Bank and the successful robbery at TD Bank, the Boston Police Department ("BPD") and FBI VCTF processed the crime scenes and took witness statements.  Law enforcement also canvassed the area of both banks in search of surveillance videos from municipal cameras and nearby commercial businesses to determine the path of the subjects before and after the robberies, as well as their mode of transportation.

11.     Through these efforts, investigators were able to trace the subjects' steps immediately before the initial attempted robbery at Santander Bank.  A commercial building's security camera revealed that, at approximately 9:30 a.m. on April 28, an individual wearing the same light-blue Nike hooded sweatshirt that Subject-1 wore at Santander Bank exited the rear passenger-side of a dark blue Honda CRV (an Uber, as identified below), in front of the YMCA located at 285 Martin Luther King Jr. Boulevard in Roxbury.  The YMCA is about a six-minute drive from the Santander Bank on Washington Street.  A few minutes after Subject-1 arrived, the light-blue Toyota Rav4 bearing Massachusetts registration 4MXN78 pulled to the front of the YMCA. Subject-1 then entered the front passenger-side of the Rav4.  The driver of the Rav4 was

wearing a black sweatshirt with the same white "Champion" logo that Subject-2 wore during the robberies. At approximately 9:35 a.m., the Rav4 then departed the front of the YMCA and took a left on Warren Street, which intersects Washington Street (where the Santander Bank is located).

12.    I have reviewed records obtained from Uber, which show that an account with associated display name "Cashing Kool" and phone number +1 xxx-xxx-7634, arranged for a trip with pickup location of 22 Wakullah Street, Roxbury at 9:32 a.m. and drop off at the YMCA at 9:35 a.m.[1]

13.    Later in the day on April 28, 2026, members of the VCTF interviewed the registered owner of the Rav4.  The owner stated that he had parked the vehicle at 972 North Main Street, Brockton, Massachusetts and posted it for sale.  He claimed that an associate had access to a key for the car and that she had sold it to another individual, Individual-1.[2]  The owner of the Rav4 said that he had attempted to report the car stolen at the Brockton Police Department at approximately 9:30 a.m. that morning, but the Brockton Police Department's computer system was not working at the time.  The Brockton Police Department's intake report reflects that the car was reported stolen at 3:30 p.m. on April 28 (approximately three-and-a-half hours after the TD Bank robbery).

14.    Law enforcement next interviewed Individual-1, who had reportedly purchased the Rav4.  Individual-1 stated that the car had been lent to her by the vehicle owner's associate, with the intent that she would later take title.[3]  Individual-1 stated that, while she was in possession of

---

[1] Investigators have identified the subscriber to the -7634 number; it is neither HARRIS nor GONZALEZ.

[2] Individual-1's identity is known to law enforcement.

[3] Investigators have reviewed Individual-1's text messages.  In one conversation about the deal she had struck with the vehicle owner's associate, Individual-1 states, "I told her $75 a day until she provides proper paperwork."

the Rav4, she had loaned it to a light-skinned or Hispanic male that she had met at programming offered by the Quincy Probation Office.  Individual-1 reported that she had given possession of the Rav4 to the male at the Super Petroleum gas station located at 895 Sea Street, Quincy, Massachusetts within the past week.

15.     During the interview, Individual-1 provided consent for investigators to search the phone that she had used to communicate with the individual to whom she had lent the Rav4.  Law enforcement then identified text messages with the phone number xxx-xxx-8777 discussing that unknown individual's use of the Rav-4. The Quincy Probation Office's records reflect that this number is listed in the contact information for Steven Harris of Falmouth, Massachusetts.  The Quincy Probation Office's records further reflect that HARRIS's secondary contact number is xxx-xxx-8394.  HARRIS's Cash App records reflect that he unsuccessfully attempted to open a Cash App account on April 22, 2026—six days before the robbery, around the time Individual-1 claimed she lent him the Rav4—listing both the xxx-xxx-8777 and xxx-xxx-8394 in his contact information.[4]  Individual-1's Cash App records indicate that she received four payments from a known associate of HARRIS between April 24 and April 27, 2026, with the subject lines, "car," "🚐," and " ⛽ ."

16.     Individual-1 was subsequently shown a photograph of HARRIS, and she confirmed that he was the individual to whom she had lent the Rav4.

17.     Law enforcement also reviewed a publicly available Facebook profile for HARRIS and identified the below image of him (left) wearing what appears to be the same "Champion" hooded sweatshirt worn by Subject-2 during the robberies (right):

---

[4] Cash App is a digital payment service that allows users to transfer money to one another instantly using a linked debit card or bank account.



18.    Members of the VCTF additionally obtained security camera footage from the Super Petroleum gas station where Individual-1 reportedly provided the Rav-4 to HARRIS sometime during the week leading up to the robbery.  Images taken from those surveillance videos—dated April 23, 2026—follow this paragraph.  In the image on the left, Individual-1 is pictured in red, standing closer to the Rav 4, while the individual she identified as HARRIS is in the foreground walking toward the camera.  In the image on the right, HARRIS is seen standing at the counter inside the Super Petroleum wearing the same Champion hoodie and black skull cap that Subject-2 wore during both the attempted armed robbery of Santander Bank and successful robbery of TD Bank on April 28, 2026.



19.    I obtained federal search warrants on May 1, 2026 for information associated with two mobile phone lines linked to HARRIS (the "Subject Phones").  The records are consistent with

one of HARRIS's phones, xxx-xxx-8777, traveling to the area of the Santander Bank and remaining in the area of the bank during the attempted bank robbery. The phone records reflect that, following the Santander Bank attempted robbery, the phone traveled to Quincy before returning to Boston. It was then in the area of the TD Bank at the time of the robbery. The phone records are consistent with the phone returning to the area of 691 Broad Street, Weymouth, Massachusetts, following the TD Bank robbery.

20.     In light of the evidence set forth above, FBI arrested HARRIS on May 3, 2026 outside of 691 Broad Street. On his person, FBI located two cell phones, a black skull cap (similar to the one worn by Subject-2 during the robberies), and a black string backpack. A subsequent review of HARRIS's phone pursuant to a federal search warrant revealed that he had run online searches for the Roxbury address where he picked up Suspect-1 in the Rav-4 and the TD Bank location in Roslindale.

21.     Following the arrest, I obtained a federal search warrant on May 3, 2026 for 691 Broad Street, Room 4, Weymouth, MA. During the execution of the search warrant, agents seized a Champion sweatshirt and black shoes (similar to the sweatshirt and shoes Subject-2 wore during the robberies).

### The Identification of Angel Gonzales as Subject-1

22.     Through my review of records received from Verizon, I know that HARRIS's phone number, xxx-xxx-8777, and the phone number associated with the Uber account "Cashing Kool," xxx-xxx-7634, had a common caller with the phone number of xxx-xxx-0414 (the "-0414 Phone"). In addition to other documented contacts, on the morning of the robberies, HARRIS called the -0414 Phone at approximately 8:00 a.m. Records from Uber show that the -0414 Phone is associated with the display name "Angel Gonzalez." Records from Boost Mobile show that the

listed subscriber of the -0414 Phone is a female ("Individual-2"), who is a known associate of GONZALEZ.[5] Barnstable Superior Court records for GONZALEZ also list the -0414 Phone as his contact information.

23.     The Barnstable County Correctional Facility subsequently provided records for GONZALEZ's intake booking in 2021, which include photographs of his tattoos.  In my review of the images from the robberies and GONZALEZ's booking images, the tattoo on GONZALEZ's left wrist is consistent with the tattoo on Subject-1's wrist.



24.     Investigators also obtained a federal search warrant for historical phone records for the - 0414 Phone (believed to have been used by GONZALEZ based on the evidence set forth above).  Those records revealed that, in addition to receiving a call from HARRIS at 8 a.m. on the morning of the robbery, the -0414 Phone's user was also in the area of the Santander Bank at approximately 9:50 a.m.—just 20 minutes before the first robbery occurred.[6] That location data is consistent with HARRIS's phone records, which also reflect that he was in the same area at approximately the same time.  From my training and experience, I know that criminals will often

---

[5] Individual-2's identity is known to law enforcement.  The Dennis Police Department provided a report from April 21, 2026 involving Individual-2 and GONZALEZ as parties in a domestic dispute.

[6] Location data for the -0414 Phone does not reflect that the phone was in the area of the TD Bank location in Roslindale during the second robbery, however, as discussed further below, there is separate evidence that GONZALEZ also participated in this robbery.

surveil an area shortly before committing an armed robbery to confirm that there are no unexpected or abnormal conditions that would counsel against proceeding.

25.    In addition to these phone records, law enforcement has reviewed records of calls from the -0414 Phone (GONZALEZ's phone) to the Suffolk County Jail.  In those calls, which occurred within two to three days of the robberies, GONZALEZ questioned multiple inmates about whether they had watched the news and, in one conversation, affirmatively stated that he had made the news.  By the time of those calls, local Boston news channels and press organizations had already began reporting on the robberies.[7]

### Additional Evidence of Crimes Recovered

26.    At approximately 12:11 a.m. on May 11, 2026, a Massachusetts State Police ("MSP") trooper assigned to the Springfield, Massachusetts area observed a 2009 silver Honda Civic bearing a Massachusetts registration number operating recklessly.  The Honda crashed into a light post, disabling the car. The MSP trooper then activated his emergency lights and observed two males exit the Honda.  One male was detained, and the other individual fled the scene.  The male who was detained ("Individual-3")[8] subsequently identified the occupant who fled as GONZALEZ and, after being shown GONZALEZ's RMV photograph, confirmed that GONZALEZ had been traveling in the Honda at the time of the crash.

---

[7]    A few, non-exhaustive examples include the following: *Police Searching for Two People Accused in Boston Bank Robberies,* WHDH (Apr. 28, 2026), https://www.whdh.com/news/police-searching-for-two-people-accused-in-boston-bank-robberies/; *Boston Police Looking for Suspects After 2 Bank Armed Robberies Tuesday Morning*, Boston.com (Apr. 28, 2026), https://www.boston.com/news/crime/2026/04/28/boston-police-looking-for-suspects-after-2-bank-armed-robberies-tuesday-morning/; *'Give Him the Money': Witness Recounts Boston Bank Robbery*, WCVB (Apr. 28, 2026), https://www.wcvb.com/article/bank-robbery-witness-boston/71153795.

[8]  Individual-3, whose identity is known to law enforcement, identified himself as a relative of GONZALEZ.

27.    Cell-site location data obtained pursuant to a federal search warrant for the -0414 Phone (believed to belong to GONZALEZ) shows the phone at the time and location of the crash. MSP located an iPhone in the vehicle, which Individual-3 reported was GONZALEZ's device. Law enforcement also interviewed a woman who called the recovered iPhone shortly after the crash. The woman identified herself as a relative of GONZALEZ and said that she had recently lent him the Honda. This information was corroborated during a post-arrest interview of Individual-3, who stated that GONZALEZ had been living out of the Honda for the past several days. Individual-3 also reported that GONZALEZ had been traveling with significant cash on his person; he estimated that GONZALEZ had $3,000—approximately the same amount taken during the TD Bank robbery.

28.    Based on the above, investigators obtained a search warrant for the vehicle. During that search, law enforcement located a blue surgical glove and black Nike sweatshirt that appeared to be consistent with the ones worn by Subject-1 during the TD Bank robbery, as depicted below:



 

11

**Summary of Probable Cause**

29.     In sum, there is probable cause to believe that GONZALEZ participated in the April 28, 2026 bank robberies based on the following evidence:

a.  The -0414 Phone's user (GONZALEZ) had documented communications with both HARRIS (including on the morning of the robberies) and the phone number that requested the Uber that Subject-1 traveled in to meet HARRIS before the first robbery.

b.  The -0414 Phone's user (GONZALEZ) made multiple calls to the Suffolk County Jail in the days after the April 28, 2026 bank robberies, asking associates if they had seen the news and explicitly stating in one call that he had made the news.

c.  Location data for GONZALEZ's phone reflects that he was in the area of the Santander Bank approximately 20 minutes before the first robbery occurred, which is also consistent with HARRIS's travel.

d.  GONZALEZ's tattoo on his left wrist appears consistent with the tattoo on Subject-1's left wrist.

e.  Law enforcement found a blue surgical glove and black Nike sweatshirt consistent with the ones worn by Subject-1 during the TD Bank robbery in a vehicle that GONZALEZ had reportedly been living in after the robberies.

f.  GONZALEZ's associate reported that, shortly after the robberies, GONZALEZ was carrying approximately $3,000 in cash on his person, which is consistent with the amount taken from the TD Bank location in Roslindale.

26-mj-3220-JDH

## CONCLUSION

30.   Based on the foregoing, I submit that there is probable cause to believe that:

  a.  on April 28, 2026, Angel GONZALEZ, by force and violence, and by intimidation, attempted to take from the person and presence of another, money in the care, custody, control, management, and possession of Santander Bank, a bank insured by the Federal Deposit Insurance Corporation, and in committing such offense, did assault and put into jeopardy the life of another by the use of a dangerous weapon, that is, a handgun, all in violation of 18 U.S.C. §§ 2113(a) and (d), and 18 U.S.C. § 2; and

  b.  on April 28, 2026, Angel GONZALEZ, by force and violence, and by intimidation, took from the person and presence of another, money in the care, custody, control, management, and possession of TD Bank, a bank insured by the Federal Deposit Insurance Corporation, and in committing such offense, did assault and put into jeopardy the life of another by the use of a dangerous weapon, that is, a handgun, all in violation of 18 U.S.C. §§ 2113(a) and (d), and 18 U.S.C. § 2.

26-mj-3220-JDH

Respectfully submitted,

*Wade McGilvray (JDH)*

Wade McGilvray
Special Agent
Federal Bureau of Investigation

Sworn to me via telepl       accordance with Fed. R. Crim. P. 4.1 on May 21 , 2026

HONORABLE JESSICA D. HEDGES
UNITED STATES MAGISTRATE JUDGE